1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW M. YELOVICH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 2 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

                    Plaintiff,          CASE NO.  2:15-MJ-089 CKD
12
                                        ORDER UNSEALING REDACTED CRIMINAL
13              v.                      COMPLAINT AND AFFIDAVIT

   AMY HER,
14
                    Defendant.
15

16        The government's application to unseal a redacted copy of the criminal complaint and

17 underlying affidavit is HEREBY GRANTED as follows:

18        The case is unsealed with the exception of the original criminal complaint and affidavit. The

19 original criminal complaint and its accompanying affidavit will remain sealed. The Clerk is directed to

20 file a redacted copy of the criminal complaint and affidavit on the public docket.

21        SO ORDERED.

22 Dated: April 21, 2015          By: _____

                                      HON. KENDALL J. NEWMAN
23                                    United States Magistrate Judge

24

25

26

27

28

ORDER UNSEALING REDACTED CRIMINAL COMPLAINT          1
AND AFFIDAVIT