FILED

April 22, 2015

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
              Plaintiff,            )
                                   )
v.                                 )
                                   )
AMY HER,                           )
                                   )
              Defendant.            )

CASE NUMBER: 2:15-mj-00089-CKD

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Amy Her</u>; Case <u>2:15-mj-00089-CKD</u> from custody and for the following reasons:

       \_\_        Release on Personal Recognizance

       \_\_        Bail Posted in the Sum of _____

       X        Unsecured Appearance Bond in the amount of <u>$50,000.00</u>, cosigned by defendants five sisters: Chue Vang, Marlee Vang, So Vang, Rachel Vang, and Gee Vang

       \_\_        Appearance Bond with 10% Deposit

       \_\_        Appearance Bond secured by Real Property

       \_\_        Corporate Surety Bail Bond

       X        (Other) <u>Pretrial Supervision/Conditions;</u>

Issued at <u>Sacramento, CA</u> on <u>4/22/2015</u> at <u>2:50 p.m.</u>

By _____

Kendall J. Newman
United States Magistrate Judge