Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Counsel for AMY HER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| THE UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>AMY HER,<br><br>        Defendant. | Case No.  2:15-cr-115-TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>**Judge:  Hon. Troy L. Nunley**<br>**Time:  9:30 a.m.**<br>**Date:  May 12, 2016** |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Yelovich, Assistant United States Attorney, and Dustin D. Johnson, Counsel for AMY HER, that:

1.  By previous order, this matter was set for sentencing on May 12, 2016.

2.  By this stipulation, the parties now move to continue sentencing until October 20, 2016.

3.  The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.


        The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

The probation officer has no objection to continuing the judgment and sentencing hearing to October 20, 2016 at 9:30 a.m., and has provided the following briefing schedule based on the new Judgment and Sentencing Date of October 20, 2016.

- Reply, or Statement of Non-Opposition:  October 13, 2016
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 6, 2016
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: September 29, 2016
- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  September 22, 2016
- The proposed Presentence Report shall be disclosed to counsel no later than:  September 8, 2016

Dated: March 22, 2016                    Respectfully submitted,


/s/ Dustin D. Johnson
Dustin D. Johnson
Counsel for Amy Heer


Dated:  March 22, 2016                   BENJAMIN WAGNER
United States Attorney


/s/ Matthew M. Yelovich (approved via email)
MATTHEW M. YELOVICH
Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED this 22nd day of March, 2016.


Troy L. Nunley
United States District Judge

– 2 –