# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **United States of America** <br> vs. <br> Amy Her | ) <br> ) <br> ) Case No. 2:15-CR-00115-TLN-7 <br> ) <br> ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Amy Her_____, have discussed with _____Julia Morris_____, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release:   You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

Reason for modification:   The defendant has requested counseling services due to the stress related to her pending case.

Pretrial Services concurs with the modification.   All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed] Amy Her_    _4/13/16_         _[signed] Julia Morris_    _4.13.16_
Signature of Defendant    Date         Signature of Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_[signed] Matt Yu_    _4/13/16_
Signature of Assistant U.S. Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed] Dustin Johnson_    _4/13/16_
Signature of Defense Counsel    Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _April 14, 2016_

[ ] The above modification of conditions of release is *not* ordered.

_[signed] Allison Claire_              _April 14, 2016_
Judicial Officer Signature                Date