PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMY HER,<br><br>Defendant. | CASE NO. 2:15-CR-115-TLN<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER<br><br>DATE: October 20, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on October 20, 2016.

2. By this stipulation, the parties now move to continue sentencing until January 12, 2017, at 9:30 a.m.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.

///

///

///

STIPULATION AND ORDER REGARDING CONTINUANCE            1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 17, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 3 | | |
| 4 | | /s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH |
| 5 | | Assistant United States Attorney |
| 6 | | |
| 7 | Dated: October 17, 2016 | /s/ DUSTIN JOHNSON<br>DUSTIN JOHNSON |
| 8 | | Counsel for Defendant<br>AMY HER |

## ORDER

IT IS SO ORDERED this 17th day of October, 2016.

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER REGARDING CONTINUANCE        2