PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>AMY HER,<br><br>               Defendant. | CASE NO. 2:15-CR-115-TLN<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER<br><br>DATE: January 12, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 12, 2017.

2. By this stipulation, the parties now move to continue sentencing until August 3, 2017, at 9:30 a.m.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing.

IT IS SO STIPULATED.

Dated: January 3, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW M. YELOVICH
MATTHEW M. YELOVICH
Assistant United States Attorney

Dated: January 3, 2017

/s/ DUSTIN JOHNSON
DUSTIN JOHNSON
Counsel for Defendant
AMY HER

**ORDER**

IT IS SO ORDERED this 3rd day of January, 2017.

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER REGARDING CONTINUANCE    2