Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Counsel for AMY HER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AMY HER,<br><br>　　　　Defendant. | Case No.: 2:15-CR-115 TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>**Judge: Hon. Troy L. Nunley**<br>**Time: 9:30 a.m.**<br>**Date: November 30, 2017** |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Yelovich, Assistant United States Attorney, and Dustin D. Johnson, Counsel for AMY HER, that:

1. By previous order, this matter was set for sentencing on August 3, 2017.
2. By this stipulation, the parties now move to continue sentencing until November 30, 2017.
3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

　　　　The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

The probation officer has no objection to continuing the judgment and sentencing hearing to November 30, 2017 and has provided the following briefing schedule based on the new Judgment and Sentencing Date of November 30, 2017, at 9:30 a.m.

- Reply, or Statement of Non-Opposition: November 23, 2017
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 16, 2017
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: November 9, 2017
- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: November 2, 2017

Dated: July 6, 2017                    Respectfully submitted,

                                                /s/ Dustin D. Johnson
                                                Dustin D. Johnson
                                                Counsel for Amy Her

Dated:  July 6, 2017                    PHILLIP TALBERT
                                                United States Attorney

                                                /s/ Matthew M. Yelovich (approved via email)
                                                MATTHEW M. YELOVICH
                                                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED this 7th day of July, 2017.

                                                Troy L. Nunley
                                                United States District Judge