Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Counsel for AMY HER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.: 2:15-CR-115 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| AMY HER | **Judge: Hon. Troy L. Nunley** |
| Defendant. | **Time: 9:30 a.m.** |
| | **Date: May 31, 2018** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Yelovich, Assistant United States Attorney, and Dustin D. Johnson, Counsel for AMY HER, that:

1. By previous order, this matter was set for sentencing on March 22, 2018.

2. By this stipulation, the parties now move to continue sentencing until May 31, 2018, at 9:30 a.m.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.


The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

The probation officer has no objection to continuing the judgment and sentencing hearing to May 31, 2018 and has provided the following briefing schedule based on the new Judgment and Sentencing Date of May 31, 2018.

- Reply, or Statement of Non-Opposition: May 24, 2018
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: May 17, 2018
- The Presentence Report was filed with the Court on November 8, 2017.

Dated: March 8, 2018                    Respectfully submitted,


                                        /s/ Dustin D. Johnson
                                        Dustin D. Johnson
                                        Counsel for Amy Her


Dated:  March 8, 2018                    McGregor Scott
                                        United States Attorney


                                        /s/ Matthew M. Yelovich (approved via email)
                                        MATTHEW M. YELOVICH
                                        Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED this 8th day of March, 2018.


                                        Troy L. Nunley
                                        United States District Judge