Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Counsel for AMY HER

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Case No.:  2:15-CR-115 TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | **Judge: Hon. Troy L. Nunley** |
| AMY HER | **Time: 9:30 a.m.** |
| Defendant. | **Date: October 25, 2018** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Yelovich, Assistant United States Attorney, and Dustin D. Johnson, Counsel for AMY HER, that:

1. By previous order, this matter was set for sentencing on May 31, 2018.

2. By this stipulation, the parties now move to continue sentencing until October 25, 2018, at 9: 30 a.m.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, inter alia, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

///

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

The probation officer has no objection to continuing the judgment and sentencing hearing to October 25, 2018 and has provided the following briefing schedule based on the new Judgment and Sentencing Date of October 25, 2018.

· Reply, or Statement of Non-Opposition: October 18, 2018

· Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: October 11, 2018

· The Presentence Report was filed with the Court on November 8, 2017.

Dated: May 24, 2018                    Respectfully submitted,


                                       /s/ Dustin D. Johnson
                                       Dustin D. Johnson
                                       Counsel for Amy Her


Dated: May 24, 2018                    McGregor Scott
                                       United States Attorney

                                       /s/ Matthew M. Yelovich (approved via email)
                                       MATTHEW M. YELOVICH
                                       Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED this 24th day of May, 2018.


                                       Troy L. Nunley
                                       United States District Judge