McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
ANDRÉ M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:15-CR-00115-TLN |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| AMY HER, et al., | |
| Defendants. | |

Based upon the entry of plea and the stipulation and application for preliminary order of forfeiture entered into between plaintiff United States of America and defendant Amy Her, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 982(b)(1), 1029(c)(1)(C)(2) and 28 U.S.C. § 2461(c), defendant Amy Her's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. See list of assets attached as Exhibit A, attached hereto and incorporated within.

2. The above-listed property constitutes property involved in and/or property traceable to violations of 18 U.S.C. § 1029(b)(2).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United

1

Preliminary Order of Forfeiture

States, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least thirty (30) consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to §§ 982(b)(1) and 1029(c)(1)(C)(2), in which all interests will be addressed.

SO ORDERED this 25th day of October, 2018.

TROY L. NUNLEY
United States District Judge

# EXHIBIT A

| Item Description | Make | Model | SN |
|---|---|---|---|
| Toshiba Satellite Click 2 Pro | Toshiba | Satellite Click 2 Pro | P35W-B3220 |
| Vizio TV E601i-A3 | Vizio | TV | E601i-A3 |
| Samsung TV UN46H5203AF | Samsung | TV | UN46H5203AF |
| Samsung TV UN46EH5300F | Samsung | TV | UN46EH5300F |
| Samsung TV UN32EH5300F | Samsung | TV | UN32EH5300F |
| Beats by Dr Dre Solo HD | | Solo HD | |
| Samsung NP470R5E-K01UB Laptop | Samsung | NP470R5E-K01UB | JE8H91JD902859J |
| Canon EOS Rebel T5i Camera | Canon | EOS Rebel T5i | 102031005658 |
| Nikon D5200 DSLR Camera w/Lense | Nikon | D5200 | |
| Adressograph 2000 Card Imprinter/Embosser | Addressograph | 2000 | 2000163366 |
| Hypercom Model T4100 Pos Terminal | Hypercom | Model T4100 | 100007030665 |
| Western Digital Hard Drive | | | WMC1U9255806 |
| MiniMag Card Reader | | | IDMB-334102B |
| ASUS Padfone X Mini | | | 89014103277336418459 |
| Microsoft Xbox One | Microsoft | Xbox One | 72479640148 |
| ASUS Padfone | | | E9ATCY01V822 |
| Samsung Galaxy Camera | Samsung | Galaxy Camera | CN2F70084MD |
| Samsung Tablet | Samsung | Tablet | R52F602213X |
| Samsung Galaxy Tab 4 | Samsung | Galaxy Tab 4 | RF2DBONTQFY |
| Apple iPad Air 32GB VZW LTE | Apple | iPAD Air | DMPM37T7F4YJ |
| Apple iPad Air 32GB VZW LTE | Apple | iPAD Air | DMPMQAV7F4YJ |
| HP OfficeJet Pro 8630 | HP | OfficeJet Pro 8630 | CN4C3EK3JJ |
| Apple iPad | Apple | iPad | DMQMNDH4K14 |
| Microsoft Xbox One Controller | Microsoft | Xbox One Controller | 298004293345 |
| Toshiba Satellite Laptop | Toshiba | Satellite L55T-B5257W | YE282236C |
| Lenovo Essential G580 Laptop | Lenovo | Essntial G580 | CB21412437 |
| Apple iPad | Apple | iPad | DQVMT6PAFK14 |
| Gateway NE52224u Laptop | Gateway | NE52224u | NXY2ZAA0194140E56C6600 |
| Gateway NV510P04U Laptop | Gateway | NV510P04U | NXY4AAA0044112B0123400 |
| HP Envy TouchSmart M6-K-025DX Sleekbook | HP | Envy TouchSmart | CND3340DMP |
| MacBook Pro 13 Laptop | Apple | MacBook Pro 13 | CPWLQPT3DTY3 |
| HP LaserJet Pro 400 M451dn | HP | LaserJet Pro 400 | CNDF342987 |
| EasyIDea minilam 450-t laminator | EasyIDea | Minilam 450-t | |
| Enfield .38 Revolver Serial j6383 | Enfield | .38 Revolver | j6383 |
| HP Pavilion 14-b015dx Laptop | HP | Pavilion 14-b015dx | 5CD2386QDX |
| HP Color LaserJet Pro MFP M476nw | HP | LaserJet Pro MFP M476nw | CNB6GDY3BT |
| HP Mini 2102 Laptop | HP | Mini 2102 | CNF0185PCX |
| Epson Artisan 1430 Printer | Epson | Artisan 1430 | NAMY050600 |
| Dell Latitude D620 Laptop | | | CN-OTD761-139610665-C2FF |
| HP Compaq 6715B Laptop | HP | Compaq 6715B | CNU80400QV |
| MacBook Pro 15 Laptop | Apple | MacBook Pro 15 | W8735CXCX91 |
| Dell Studio Slim D540S | | | 5342JJ1 |
| Clover POS | Clover | | |
| HP Pavilion 17-f053US Laptop | HP | Pavilion 17-f053US | 5CD4424854 |
| TJ-90A Foil Stamping Machine | | TJ-90A | |
| Brother QL-710W Thermal Printer | Brother | QL-710W | |
| Card Reader ZCS100-IC | | | |