Dustin D. Johnson (SBN: 234008)
Two Rivers Law, P.C.
2701 Del Paso Road, Suite 130-155
Sacramento, CA 95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Counsel for AMY HER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AMY HER<br><br>Defendant. | Case No.: 2:15-CR-115 TLN<br><br>STIPULATION AND ORDER TO MODIFY SPECIAL CONDITION OF SUPERVISION # 3. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Matthew Yelovich, Assistant United States Attorney, and Dustin D. Johnson, Counsel for AMY HER, that defendant's special condition of probation #3 (Judgment, Doc. #249, page 5) be modified to exclude portions of any tax refunds that are due to the Child Tax Credit or the Earned Income Tax Credit.

Special Condition #3 currently says:

3. The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to any unpaid restitution ordered by this Judgment.

///

///

– 1 –

Modified Special Condition #3 to read:

    3. The defendant shall apply all monies received from income tax refunds (excluding any portion of a refund due to the earned income tax credit and/or the child tax credit), lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to any unpaid restitution ordered by this Judgment.

Ms. Her's income is modest and she is the sole provider for her four children. The Child Tax Credit (CTC) and the Earned Income Tax Credits (EITC) are targeted at low- and moderate income taxpayers, particularly those with children. Any money that Ms. Her keeps that is from the CTC or EIC will be solely used for the support and benefit of her children.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

IT IS SO STIPULATED.

Special Condition #3 shall be modified to:

    3. The defendant shall apply all monies received from income tax refunds (excluding any portion of a refund due to the earned income tax credit and/or the child tax credit), lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to any unpaid restitution ordered by this Judgment.

Dated: January 23, 2019                    Respectfully submitted,

                                              /s/ Dustin D. Johnson
                                              Dustin D. Johnson
                                              Counsel for Amy Her

Dated: January 23, 2019                    McGregor Scott
                                              United States Attorney

                                              /s/ Matthew M. Yelovich (approved via email)
                                              MATTHEW M. YELOVICH
                                              Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED this 24th day of January, 2019.

Troy L. Nunley
United States District Judge